UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 21-CV-01148 (JRT/JFD)

| | |
|---|---|
| Contreras & Metelska, P.A. | ) |
|     Plaintiff, | ) Plaintiff's Motion for Summary Judgment |
| v. | ) |
| U.S. Immigration & Customs Enforcement; et. al, | ) |
|     Defendants. | ) |

Pursuant to Fed. R. Civ. P. 56, Plaintiff hereby moves for summary judgment in this matter for the reasons set forth in the accompanying memorandum.

DATED: May 22, 2023

Respectfully submitted,

/s/ *Nico Ratkowski*
Nico Ratkowski
MN Attorney ID: 0400413
Contreras & Metelska, P.A.
663 University Avenue W.
STE 200
Saint Paul, MN 55104
P: (651) 771-0019
F: (651) 772-4300
nico@contrerasmetelska.com

*Attorney for Plaintiff*